IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DENNIS DOBBS                                                                                        PLAINTIFF

v.                                                                                                                             No. 4:07CV191-P-S

DELTA CORRECTIONAL FACILITY, ET AL.                              DEFENDANTS

## ORDER OF DISMISSAL

This matter comes before the court on the *pro se* complaint of Dennis Dobbs challenging the conditions of his confinement at the Delta Correctional Facility. Dobbs has, however, been sanctioned in this court for vexatious and abusive litigation – and has been barred from presenting his claims in this court until the sanction has been paid. Due to Dobbs' penchant for frivolous and malicious litigation, this court imposed such a sanction in a previous case:

> Dennis Dobbs shall not be permitted to file any civil matter in this court without proof of payment of the sanctions assessed in *Dobbs v. State of Mississippi*, 1:05MC004; *Dobbs v. Medlin*, 1:05MC019; and *Dobbs v. MDOC*, 1:05MC020[.]
> . . .
>
> Plaintiff is additionally BARRED from filing any lawsuit or civil action in this court and from filing any civil action in any other court that is removable or transferable to this court, without first paying the outstanding sanctions *and*

obtaining written permission from a United States District Judge. If Plaintiff files a motion for leave to file a new complaint, the proposed complaint must be attached to the motion, and any such motion for leave should be filed as a miscellaneous case and submitted to an Article III judge for review . . . .

*Dobbs v. Canteen Catering Service, et al.*, 4:07CV190-P-B (N.D. Miss. 2008) (paragraphs (5) and (6) of the April 18, 2008, final judgment). In that case, the court also made the instant case subject to the same restrictions.

Dobbs has not paid the sanctions imposed in previous cases, and he certainly did not obtain court permission prior to filing the instant case. As such, this case is hereby **DISMISSED** with prejudice. In light of this ruling, all of the motions currently pending in this case are hereby **DISMISSED** as moot

**SO ORDERED,** this the 16th day of September, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE